AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__                       DISTRICT OF                    __TEXAS__
                                  McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Adrian Efrain Ontiveros-Cedillo**

United States Courts
Southern District of Texas
FILED

*March 06, 2022*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: **M-22-0469-M**

IAE    YOB: 1988
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __March 5, 2022__ in __Starr__ County, in the __Southern__ District of __Texas__

(*Track Statutory Language of Offense*)
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Adrian Efrain Ontiveros-Cedillo was encountered by Border Patrol Agents near Roma, Texas on March 5, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on March 5, 2022, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on May 15, 2018, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On December 15, 2016, the defendant was convicted of 8 USC 1326 Illegal Re-entry and sentenced to twenty-four (24) months confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA D. Chung
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

March 6, 2022    @ 3:50 p.m.

/S/   Cynthia Garcia
Signature of Complainant

Cynthia Garcia                Border Patrol Agent

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer